# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SHIRLEY M. HARVEY** a/k/a **SHIRLEY HARVEY,** et al,
Appellant,

v.

**SAXON MORTGAGE, INC.,**
Appellee.

No. 4D18-606

[October 11, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Senior Judge; L.T. Case No. 08-023453 CACE (11).

Shirley M. Harvey, Tampa, pro se.

Nancy M. Wallace of Akerman LLP, Tallahassee; William P. Heller of Akerman LLP, Fort Lauderdale; and Celia C. Falzone of Akerman LLP, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and CIKLIN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***